[886 NE2d 775, 857 NYS2d 14]

In the Matter of DAVID F. JUNG.

Decided March 13, 2008

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable David F. Jung is suspended with pay, effective immediately, from the office of Judge of the Family Court, Fulton County, pending disposition of his request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.